# United States District Court
## Western District of North Carolina
### Bryson City Division

| | | |
|---|---|---|
| GRADY WILLIAM POWERS, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 2:12-cv-00071-MR |
| | ) | 2:93cr00019-MR |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 6, 2013 Order.

September 6, 2013

*Frank G. John*

Frank G. Johns, Clerk
United States District Court